**Marion A. TURNER,
Petitioner-Appellant,**

v.

**Ruby L. TURNER,
Respondent-Respondent.**

**No. 46642.**

Missouri Court of Appeals,
Eastern District,
Division Four.

April 10, 1984.

David P. Senkel, Thurman, Smith, Howald, Weber & Bowles, Hillsboro, for petitioner-appellant.

M. Edward Williams, Almond & Williams, Hillsboro, for respondent-respondent.

ORDER

PER CURIAM.

In this dissolution of marriage proceeding the husband appeals from the decretal distribution of marital property and the maintenance award to wife of $1.00 per year. The judgment is affirmed in accordance with Rule 84.16(b)(1).